IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JUSTIN PATRICK HALL**                                                           **PLAINTIFF**

v.                                                                      No. 4:25-cv-50-DMB-RP

**BOLIVAR COUNTY REGIONAL CORRECTIONAL FACILITY**              **DEFENDANT**

**ORDER REQUIRING PLAINTIFF TO SUBMIT
COMPLAINT USING THE ENCLOSED STANDARD FORM;
ALSO REQUIRING PLAINTIFF TO COMPLETE AND RETURN
*IN FORMA PAUPERIS* APPLICATION, AUTHORIZATION AND CERTIFICATE**

**Justin Patrick Hall** has submitted a document that the court construes as a *pro se* prisoner complaint filed under 42 U.S.C. § 1983. The plaintiff has not, however, used the court's standard form for such complaints; nor has he paid the filing fee or requested to proceed as a pauper. The court uses these forms for the expeditious administration of § 1983 cases.

Therefore, it is **ORDERED:**

(1) The plaintiff must complete and return the enclosed form within 21 days.

(2) That within 21 days plaintiff is directed to fill out the enclosed application for *in forma pauperis*, complete the authorization for release and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office.

Plaintiff is directed to acknowledge receipt of this order by signing the enclosed acknowledgment form and returning it to the court within 14 days of this date. Plaintiff is also warned that his failure to comply with the requirements of this order may lead to the dismissal of his complaint for failure to prosecute and for failure to comply with an order of the court.

**SO ORDERED**, this, the 29th day of April, 2025.

/s/ Roy Percy
**ROY PERCY
UNITED STATES MAGISTRATE JUDGE**